AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | |
| | ) | Case No. 8:21-MJ-284-DJS |
| **STEVEN MURRAY** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**May 21 - 2021**

AT **10** O'CLOCK **57** MINUTES
John M. Domurad, Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of May 21, 2021 in the county of St. Lawrence in the Northern District of New York the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §841(b)(1)(C) | In that the defendant knowingly and intentionally possessed with intent to distribute, cocaine. |

This criminal complaint is based on these facts:
See Attached

☒    Continued on the attached sheet.

_____
Complainant's signature
05/21/2021 10:26 pm

Emily Davis, SA, HSI
Printed name and title

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: May 21, 2021

_____
Judge's signature

City and State: Albany, New York

Hon. Daniel J. Stewart, U.S. Magistrate Judge
Printed name and title

I, Emily Davis, being duly sworn above, do hereby depose and state as follows:

1. Your affiant, Special Agent Emily Davis, states that I am a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been a Special Agent since June of 2018. I am currently assigned to the HSI Border Enforcement Security Taskforce (BEST) in Massena, New York. BEST is tasked with the enhancement of border security by fostering coordinated efforts among Federal, State, and local border and law enforcement officials to protect United States' border cities and communities from trans-national crime, including but not limited to drug trafficking, arms smuggling, bulk cash smuggling, illegal alien trafficking and smuggling, violence, and kidnapping along and across the international borders of the United States. I am also currently assigned to the St. Lawrence County Drug Task Force (SLCDTF) in Canton, New York.

2. The SLCDTF is tasked with fostering coordinated efforts amongst law enforcement in St. Lawrence County, New York to combat drug trafficking and other related drug crimes that have a nexus to the County. I am a graduate of the Criminal Investigator Training Program and the HSI Special Agent Training located at the Federal Law Enforcement Training Center in Glynco, Georgia. As a Special Agent with HSI, I have received training in investigating violations of federal statutes, including but not limited to: narcotics smuggling and distribution, money laundering, and bulk cash smuggling. Prior to being employed as a Special Agent, I was a Customs and Border Protection Officer (CBPO) with United States Customs and Border Protection (CBP) since July of 2014. In May of 2014, I obtained a baccalaureate degree in Criminal Justice from Temple University located in Philadelphia, Pennsylvania.

3. I am classified, trained, and employed as a federal law enforcement officer with statutory arrest authority. I am a "Federal law enforcement officer", within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I am charged with conducting criminal investigations of alleged

violations of federal criminal statutes, including but not limited to Title 18, Title 21, and Title 31 of the United States Code.

4.   From my training and experience as a Special Agent and that of agents and officers with whom I regularly work, I know that drug smuggling organizations frequently use various forms of transportation and vehicles that may facilitate the illegal manufacture, distribution, and dispense of controlled substances to, from, and within the United States. I also have become familiar with the manner in which illegal drugs are imported and distributed, the method of payment for such drugs, the various ways drug money is laundered, and the efforts of persons involved in such activities to avoid detection by law enforcement. Other law enforcement officers and agents of HSI BEST Massena and the SLCDTF also have extensive experience in narcotics investigations and I continue to have conversations with them concerning this and other narcotics related investigations.

5.   As part of my duties, I have become involved in an investigation of a violation of Title 21, United States Code, Section 841(b)(1)(C), possession with intent to distribute a controlled substance. The statements in this affidavit are based on information provided to me by other law enforcement officers and my investigation of this matter. I have set forth only those facts that I believe are necessary to establish probable cause to believe that Steven MURRAY has committed a violation of Title 21, United States Code, Section 841(b)(1)(C), possession with the intent to distribute a controlled substance, cocaine.

## **PROBABLE CAUSE**

6.   On May 21, 2021, at approximately 1:24 p.m., United States Border Patrol (hereinafter "USBP") Agents working on the Akwesasne Mohawk Indian Reservation (AMIR) observed a blue Chevrolet Silverado truck, bearing New York license plate number 87902MN, travel northbound on Cook Road and cross the international border from the United States into Canada. At approximately 2:00 p.m., USBP Agents observed the same Chevrolet truck, travel southbound on Cook Road and cross the international border, returning from Canada into the United States. USBP Agents maintained visual surveillance of the vehicle from the time it crossed the international border, and continued into the United States, driving towards Massena, New York. The truck did

not report to a Port of Entry. At approximately 2:20 PM, USBP Agents initiated a vehicle stop on the Chevrolet truck as it traveled westbound on State Route 37 in Massena, in St. Lawrence County.

7. USBP Agents approached the truck and observed two males in the front of the truck, a driver and a front seat passenger. There were no other persons in the truck. The front seat passenger was later identified as Steven MURRAY. Both subjects were informed they were stopped because they had crossed the international border and failed to report to a Port of Entry, in violation of Federal law. Both persons were removed from the vehicle. As MURRAY stepped out of the truck, agents observed his front right pocket of his pants to have a large bulge which filled the pocket and caused the top part of the pocket to remain stretched open. Agents observed in plain view in the pocket, multiple bundles of a white substance wrapped in colored tape. Based on Agent training and experience, the Agents suspected the bundles to be narcotics.

8. Agents asked MURRAY what the bundles of white powder were in his pocket, to which MURRAY stated that the white bundles were about 5 ounces of cocaine. Agents removed the bundles from MURRAY's pockets and transported the driver, MURRAY, the bundles of cocaine, and the vehicle to the USBP Massena station for further investigation. HSI Massena responded to the USBP Station.

9. At the USBP station, the bundles of white powder were weighed and totaled approximately 155 grams (approximately 5.5 ounces), inclusive of packaging materials. A bundle was opened, and found to contain a white powdery substance, which field tested presumptive positive for the properties of cocaine. HSI Special Agents advised MURRAY of his rights, per Miranda, and MURRAY agreed to voluntarily speak with investigators. The interview was audio recorded. MURRAY told investigators that prior to being stopped by agents, he had traveled across the international border to purchase cocaine. MURRAY stated he then brought the cocaine across the international border from Canada and into the United States. MURRAY stated he intended to re-sell a portion of the cocaine that he purchased and save some of the cocaine for personal uses. He stated that he usually re-sells the cocaine by the gram.

10. Based on the foregoing, I submit that there is probable cause to believe that Steven MURRAY committed a violation of Title 21, United States Code, Section 841(b)(1)(C), possession with intent to distribute a controlled substance, cocaine.

Respectfully submitted,

_____  05/21/2021 10:26 PM
Emily Davis
Special Agent
Homeland Security Investigations

I, the Honorable Daniel J. Stewart, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by telephone on May 21, 2021 in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

_____
Hon. Daniel J. Stewart
United States Magistrate Judge